**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In Re:                                      )
                                            )
B & B WORM FARMS, INC.,                     )        BK 03-14379-RLB
                                            )        Chapter 7
         Debtor.                            )

PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 258 | 381 | DARYL HOSTETLER<br>RT 1 BOX 208<br>LINN, MO 65051 | $ 62.84 |
| 68 | 231 | SUNN PARTNERSHIP<br>109 SHADY DR.<br>LONG BEACH, MS 39560 | $ 90.77 |
| 766 | 762 | DANIEL J. HAUGEN<br>PO BOX 620662<br>MIDDLETON, WI 53562 | $ 105.73 |
| 610 | 655 | BYRON SEVERYN<br>309 W. GRANT<br>REPUBLIC, MO 65738 | $ 157.10 |
| 767 | 763 | DANNY L. SHULTZ<br>RT 3, BOX 60<br>HARDINSBURG, KY 40143 | $ 180.54 |
| 487 | 561 | J.J.J. PRODUCE FARM<br>PO BOX 30<br>ANSONIA, OH 45308-0030 | $ 196.25 |
| 144 | 285 | JOSEPH & MELODY BERRY<br>PO BOX 187<br>ODESSA, MO 64076 | $ 218.20 |

| | | | |
|---|---|---|---:|
| 906 | 868 | JOHN MORLEY<br>6243 180TH STREET<br>LESTER PRAIRIE, MN 55354 | $ 249.37 |
| 255 | 378 | BARBARA A. RICHARDSON<br>500 FLAIR AVE.<br>MARTINSVILLE, IN 46151 | $ 249.37 |
| 713 | 733 | JIMMY BOWDEN JR.<br>14701 CHISHOLM TRAIL<br>CHOCTAW, OK 73020 | $ 249.37 |
| 796 | 789 | G & P FARM\TROY PHELPS<br>1540 ROGER COLE RD<br>BOWLING GREEN, KY 42101 | $ 311.71 |
| 937 | 894 | C & V WORM COMPANY<br>MARTHA VOGES<br>3564 GREENBRIAR RD<br>UTICA, KY 42376 | $ 358.47 |
| 484 | 559 | FOSTER WORM FARM<br>810 E. ALDRICH #304<br>BOLIVAR, MO 65613 | $ 405.23 |
| 678 | 707 | MARGARET BREEDING &<br>TIM CLEMENTS<br>5484 SPRINGFIELD RD.<br>BARDSTOWN, KY 40004 | $ 433.90 |
| 1036 | 959 | NAUS HAUS WORM RANCH<br>250 WOOODS LANE<br>HARTSVILLE, TN 37074 | $ 441.88 |
| 169 | 306 | MARY J & DOUG FARVOUR<br>386 17TH ST<br>FOND DU LAC, WI 54935 | $ 561.08 |
| 699 | 723 | BR WORMS<br>633 W HENRY<br>STAUNTON, IL 62088 | $ 623.42 |
| 067 | 230 | SARA ENTERPRISES<br>3567 WOODLANE DR<br>PHILPOT, KY 42366 | $ 623.42 |

| | | | | |
|---|---|---|---|---|
| 263 | 386 | JAKEVILLE WORM FARM<br>JEFF & MARRY GONDECK<br>PO BOX 628<br>FOLEY, MN 56329-0628 | $ | 623.42 |
| 269 | 392 | SUITER VERMICULTURE<br>KELLY DOYLE KEVIN SUITER<br>8 AUDUBON<br>JACKSONVILLE, IL 62650 | $ | 623.42 |
| 327 | 436 | SANDRA SINKS &<br>CHRISTY HERRMANN<br>302 GLEN ROWE CT APT 26<br>ROODHOUSE, IL 62082 | $ | 623.42 |
| 337 | 446 | WILLIAM & LYNETTE GRAVES<br>958 GEORGE JONES RD<br>DELHI, LA 71232 | $ | 623.42 |
| 371 | 471 | ROBERT NASH & SHARON ADAMS<br>RT 3 BOX 1710<br>DARDANELLE, AR 72834 | $ | 623.42 |
| 403 | 500 | JERRY PATZ<br>PO BOX 106<br>SEYMOUR, WI 57165 | $ | 623.43 |
| 507 | 572 | THOMAS & CHERYL LANE<br>2515 SOUTH CHICAGO STREET<br>JOLIET, ILL 60436 | $ | 623.42 |
| 537 | 596 | MARY A. HOFSTETTER<br>PO BOX 2447<br>LIMA, OH 45806 | $ | 623.42 |
| 641 | 680 | DANIEL & PHYLLIS BOONE<br>14762 OAKCREST DR<br>SILOAM SPRINGS, AR 72761 | $ | 623.43 |
| 683 | 710 | RICHARD & KRISTEN SHELTON<br>ROBERT & NIKKI SHELTON<br>48 CRAVENS LANE<br>NEW BLAINE, AR 72851 | $ | 623.42 |

| | | | | |
|---|---|---|---|---|
| 921 | 881 | JERRY M. BLEDSOE<br>C/O PHILIP O. WATTS<br>101 N. ROBINSON STE 501<br>OKC, OK 73102 | $ | 623.42 |
| 926 | 884 | ROCKY NELMS<br>12119 SILVER SADDLE DRIVE<br>JACKSONVILLE, FL 32258 | $ | 623.42 |
| 1001 | 936 | JERRY A BURNS, TRUSTEE IN<br>ROBERT EARL COSTELLO BKCY<br>1719 ASHLEY CIRCLE SUITE 120<br>BOWLING GREEN, KY 42104 | $ | 623.42 |
| 1023 | 951 | GEOFFREY & AMY CARSON<br>99 NORTH SHORE DRIVE<br>ELDON, MO 65026 | $ | 623.42 |
| 512 | 576 | DANNY K. GIPSON\GIBSON FARMS<br>9408 NE 13TH PLACE<br>MIDWEST CITY, OK 73110 | $ | 629.66 |
| 798 | 791 | GOLDEN PRAIRIE WORMS<br>STEPHEN & JEANETTA COLLETTI<br>PO BOX 11243<br>KANSAS CITY, KS 66111 | $ | 667.06 |
| 771 | 767 | JACKIE & LINDA CATON<br>CATON FARMS INC.<br>PO BOX 2001<br>HARRISON, AR 72602 | $ | 779.28 |
| 841 | 822 | JAMES WOODIS<br>249 WELLSBROOK CIRCLE<br>FAYETTEVILLE, TN 37334 | $ | 779.28 |
| 897 | 861 | BARBARA A HOOVER<br>C/O LOUIS J. EBERT<br>401 E. PRATT STREET - 9TH FLOOR<br>BALTIMORE, MD 21202 | $ | 935.14 |
| 262 | 385 | HARRY G. MCLAUGHLIN<br>2700 MEADOWBROOK DRIVE<br>NORMAN, OK 73072 | $ | 935.14 |

| | | | | |
|---|---|---|---|---|
| 011 | 192 | ALLAN CULVEY<br>PO BOX 94<br>RATTAN, OK 74562 | $ | 935.14 |
| 099 | 251 | MICHAEL & HEATHER NEIL<br>2794 CR 130<br>CARTHAGE, MO 64836 | $ | 935.14 |
| 172 | 309 | SHOE TREE WORM FARM<br>NORMAN & DONNA MCCLOUD<br>PO BOX 38<br>MILLTOWN, IN 47145 | $ | 935.14 |
| 220 | 349 | DOUBLE G WORM FARM<br>ERIC W & LINDA GUTHRIE<br>PO BOX 169<br>WOODSON, IL 62695 | $ | 935.14 |
| 294 | 410 | E H ENTERPRISES<br>EMERY & BONNIE HARMON<br>PO BOX 1494<br>CERES, CA 95307 | $ | 935.14 |
| 324 | 434 | RONALD W. GARCIA<br>RON'S WORM CO<br>13251 180TH ST<br>MILACA, MN 56353 | $ | 935.14 |
| 420 | 514 | TRIPLE H. ENTERPRISES<br>PO BOX 157<br>ST. LAWRENCE, SD 57373 | $ | 935.14 |
| 448 | 534 | WERNER'S WAY<br>GREG & DENISE WERNER<br>6119 S 750 WEST<br>WABASH, IN 46992 | $ | 935.13 |
| 498 | 567 | OCCUPATION WORMS<br>519 E HWY 131<br>CLARKSVILLE, IN 47129 | $ | 935.14 |
| 670 | 700 | JEFF & DONNA FROMM<br>DBA WELLSPRING WORMS<br>301 RIVER ST. W<br>HOLDINGFORD, MN 56340 | $ | 935.14 |

| | | | |
|---|---|---|---|
| 915 | 876 | CRAIG MATTINGLY<br>352 CENTER STREET<br>NEW HAVEN, KY 40051 | $ 935.14 |
| 1048 | 966 | TODD MCRAY & TIM TUNGATE<br>850 HWY 327<br>LEBANAON, KY 40033 | $ 935.14 |
| 1064 | 977 | MASTERSON FARMS<br>STEVE MASTERSON<br>900 RAYWICK ROAD<br>LEBANON, KY 40033 | $ 1,081.45 |
| 774 | 770 | KENTON & JANELLE GOOD<br>KURTIS & JANELLE GOOD<br>1274 HARVEST DRIVE<br>DENVER, PA 17517 | $ 1,246.85 |
| 351 | 456 | JIMMY P. HULL<br>13500 CHENAL PKWY #2722<br>LITTLE ROCK, AR 72211 | $ 1,246.85 |
| 731 | 744 | FLAT ROCK STABLES<br>C/O ERVIN SCHWATZ<br>2627 W 10505<br>MILROY, IN 46156 | $ 1,438.24 |
| 778 | 774 | SOUTH EAST ENTERPRISES<br>PO BOX 599<br>WAYNESBORO, TN 38485 | $ 1,550.95 |
| 124 | 271 | KALAHARI FARM LLC<br>DEWITT OWENS<br>9833 GRACE LANE<br>CLINTON, OK 70722 | $ 1,558.56 |
| 456 | 540 | CHRIS DEBELL<br>212 EAST PEARL ST.<br>WAPAKONETA, OH 45895 | $ 1,683.25 |
| 590 | 636 | JARROD SWIFT<br>153 MORNING GLORY DR<br>MT WASHINGTON, KY 40047 | $ 1,870.27 |

| | | | |
|---|---|---|---|
| 033 | 205 | WILD WIGGLERS<br>WAYNE & ROBERT HECKENLAIBLE<br>28680 435TH AVE<br>MENNO, SD 57045 | $ 1,870.27 |
| 098 | 250 | MARK & CATHERINE SCHOENIKE<br>W 3340 BEECHNUT LANE<br>PINE RIVER, WI 54965 | $ 2,238.78 |
| 809 | 800 | C. DAVID PEACHEY<br>CREEKSIDE WIGGLERS<br>RR3 BOX 299<br>MIFFLINBURG, PA 17844 | $ 2,493.69 |
| 558 | 614 | JAMES MAGILL, KEVIN MAGILL &<br>JAMES MAGILL JR.<br>172C PLEASANT ST<br>GRAFTON, MA 01560 | $ 2,493.70 |
| 164 | 302 | KORONIS WORM FARM<br>C/O JASON SANDS<br>318 SPRUCE ST APT 107<br>PAYNESVILLE, MN 56362 | $ 2,493.70 |
| 719 | 737 | AIRBORNE EXPRESS INC.<br>DBA AIRBORNE EXPRESS<br>3131 ELLIOTT AVE SUITE 200 AGCY<br>SEATTLE, WA 98121-1047 | $ 2,597.30 |
| 987 | 928 | JAMES R. BEATTIE<br>DBA PACIFIC NORTHWEST GROWERS<br>17525 80TH AVE NE #312<br>KENMORE, WA 98028 | $ 3,117.12 |
| 237 | 364 | STAR HILL FARMS, LLC<br>4660 HWY 966<br>JACKSON, LA 70748 | $ 3,117.12 |
| 217 | 346 | DENNIS MICHAEL KIEFFER<br>19482 BAUER CR<br>HASTINGS, MN 55033 | $ 3,117.12 |
| 232 | 359 | RICHARD BANNEC<br>555 LN 650B LK JAMES<br>FREMONT, IN 46737 | $ 3,117.12 |

| 304 | 418 | JARVIS MEDLOCK & KENNY WARD JR. PO BOX 133 SOLGOHACHIA, AR 72156 | $ 3,142.06 |
|---|---|---|---|
| 112 | 262 | PDL ECO SYSTEMS INC. PERRY L LYONS, PRESIDENT 4227 BOCA TRAIL FORT WAYNE, IN 46815 | $ 3,740.55 |

Dated: 2/9/10

*/s/ Janice Loyd*

JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, OK 73102
(405)235-9371    (405)232-1003 (FAX)
jdltrustee@bcllawfirm.com