IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re: )
)
B & B WORM FARMS, INC., ) BK 03-14379-RLB
) Chapter 7
Debtor. )

PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 006 | 188 | KEVIN TRUNNELL, EDWARD TRUNNEL 9211 US 431 UTICA, KY 42376 | $2,337.84 |
| 072 | 235 | COUNCIL OF WORMS 36419 CO RD 120 FRAZEE, MN 56544 | $3,797.21 |
| 100 | 252 | R & R RED WIGGLERS C/O PAUL & ROBIN LAGRANGE 906 E. KIRKLIN BRICK ROAD FRANKFORT, IN 46041 | $ 935.14 |
| 161 | 299 | JIM & SHIRLEY FAGUNDES 3592 EAST LAKE AVE. CHILOQUIN, OR 97624 | $ 623.42 |
| 221 | 350 | FELICIANA WIGGLERS JAMES E. BRADHAM PO BOX 719 CLINTON, LA 70722 | $ 623.42 |
| 328 | 437 | SOUTHERN BELLE WORM FARM MARSHALL LEMMOND 2524 HOUGH ROAD FLORENCE, AL 35630 | $1,246.85 |

| | | | |
|---|---|---|---|
| 465 | 547 | SMITH ROCK GREENHOUSE<br>C/O JODI I. GRIFFITH<br>20715 NW SMITH ROCK WAY<br>TERREBONNE, OR  97760 | $   498.74 |
| 496 | 566 | MICHAEL RYAN BEAUMAN<br>172 COTTAGE ROW DR.<br>VICKSBURG, MS 39180 | $ 935.14 |
| 513 | 577 | DONNA J. ROD<br>5662 ARTESIA LAKE COURT<br>LAS VEGAS, NV 89118 | $2,493.70 |
| 516 | 580 | GREG & PAM MURPHY<br>1268 MEMORIAL DRIVE<br>CLEVELAND, MS 38732 | $   997.48 |
| 605 | 650 | BEN & GEORGIANA MIDKIFF<br>1021 GREEN RIVER CHURCH RD.<br>CROMWELL, KY 42333 | $   392.51 |
| 625 | 666 | LOUIS HENDERSON<br>3184 CLINE RD.<br>WESSON, MS 39191 | $     77.93 |
| 686 | 712 | RONALD L. VAN TILBURG<br>134 S. DEWEY AVE<br>LIMA, OH 45804 | $     34.42 |
| 823 | 810 | BMS MANAGEMENT INC.<br>C/O BERNICE STARRETT<br>6425 BOSE LN<br>SAN JOSE, CA 95120 | $   623.42 |
| 849 | 826 | KEVIN J. EVERS<br>PO BOX 539<br>FORT RECOVERY, OH 45846 | $     78.24 |
| 893 | 858 | ROBERT M. (BOB) CATLIN<br>2326 ISLE ROYAL COURT SE<br>WINTER HAVEN, FL 33880 | $1,870.27 |
| 896 | 860 | JOHN T. SMITH & FRED TREOLA<br>15 MANDY LANE<br>FAYETTEVILLE, TN 37334 | $   536.14 |
| 911 | 872 | SCOTT CLANGER & KIRK GLANDER<br>DBA GLANDER FARMS<br>1629 JORDAN ROAD<br>WET ALEXANDRIA, OH 45381 | $     90.27 |

| | | | |
|---|---|---|---|
| 912 | 873 | PAUL & CINDY WEIR<br>C/O FOSTER HEDBACK BREVER ET AL<br>2855 ANTHONY LAND S - SUITE 201<br>ST ANTHONY, MN 55418 | $1,408.28 |
| 916 | 877 | GILLIES INC.<br>PO BOX 411<br>PARIS, KY 40362 | $ 623.42 |
| 927 | 885 | ROBERT & PHYLLIS BOBLITT<br>2835 TATUM RIDGE RD<br>WILLISBURG, KY 40078 | $ 623.43 |
| 932 | 889 | DARREN & MELISSA MCCAULEY<br>1017 HERITAGE DR.<br>BARDSTOWN, KY 40004 | $ 623.42 |
| 934 | 891 | ENTERPRISE WORM FARM<br>RR 1 BOX 382<br>GREENFIELD IL 62044 | $ 343.57 |
| 936 | 893 | C AND V WORM COMPANY<br>STEPHEN CROWDER<br>2825 STATE RT 1544<br>OLATON, KY 42361 | $ 358.47 |
| 985 | 927 | ETHA M. HEFLEY<br>6119 NW LENOX<br>KANSAS CITY, MO 64151 | $ 623.42 |

Dated: 2/25/10

JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, OK 73102
(405)235-9371    (405)232-1003 (FAX)
jdltrustee@bcllawfirm.com