UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

2010 MAR -4 P 12: 23

IN RE: )  CASE NO. 03 - 14379
)
B+B Worm Farm, Inc. )  CHAPTER 7
(Debtor) )
)
)

DEPUTY

## APPLICATION FOR ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

There having been a dividend/refund check in the above named case issued to Shoe Tree Worm Farm - Norman + Donna McCloud, in the amount of $ 935.14, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code paid this unclaimed money to the Registry of the Clerk, United States Bankruptcy Court.

Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any other party other than this Applicant is entitled to submit an application for this claim.

Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. Section 2042.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to NORMAN + Donna McCloud
205 Tucker ST., Salem, IN. 47167.

2/25/10
Date

5741-7560
Tax ID or last 4 #s of SSN

[signatures]
Donna K McCloud
NORMAN McCloud
Donna McCloud

I hereby certify by my signature above, that a copy of the application was mailed on 2/25/10 to:

United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK 73102

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: ) CASE NO. 03-14379
)
B & B Worm Farm, Inc. ) CHAPTER 7
(Debtor) )
)

## AFFIDAVIT OF CREDITOR

State of Indiana     Tax ID or Last 4 #s of SSN: 5741-7560

County of Washington

I, NORMAN + DONNA M<sup>c</sup>Cloud, the undersigned creditor/claimant in the above referenced case, being first duly sworn upon oath, state as follows:

1. NORMAN + DONNA M<sup>c</sup>Cloud _____ (Name and Address)
   205 Tucker St.
   Salem, IN. 47167

has been granted a power of attorney by me to submit Application for Payment from Unclaimed Funds seeking payment of claim no. _____, in the amount of $ 935.14, due and owing to me as a creditor in the above-referenced bankruptcy case.

2. My name, position with company (if applicable), address and telephone number are as follows:

   NORMAN + Donna M<sup>c</sup>Cloud
   205 Tucker St.
   Salem, IN. 47167
   812-267-7182

3. If other than individual: Substantiate creditor's right to claim, including but not limited to, documents relating to sale of company, i.e., purchase agreements and/or stipulation by prior

and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation.

4. I (or the entity I represent) have neither previously received remittance for the claim nor have contracted with any other party other than the person named in Item 1 above to recover these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: 2/25/10

_Donna McCloud-Thomas_
Creditor Signature

Subscribed and sworn to before me this 25th day of February, 2010.

_Jetta K. Lofton_
Notary Public

[SEAL]

My commission expires: May 24, 2015



