# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: ) CASE NO. 0314379
)
B&B Worm Farm, INC. ) CHAPTER _____
(Debtor) ) Claim # 328
)
)

## APPLICATION FOR ORDER DIRECTING PAYMENT
## OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

There having been a dividend/refund check in the above named case issued to Marshall Lemmond (Southern Belle Worm Farm), in the amount of $ 1,246.85, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code paid this unclaimed money to the Registry of the Clerk, United States Bankruptcy Court.

Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any other party other than this Applicant is entitled to submit an application for this claim.

Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. Section 2042.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Marshall Lemmond, 951 County Road 306, Florence AL 35634.

3/3/2010
Date

Marshall Lemmond
Marshall Lemmond

4600
Tax ID or last 4 #s of SSN

I hereby certify by my signature above, that a copy of the application was mailed on 3/3/10 to:

United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK 73102

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                )    CASE NO. _0314379_
                                      )
_B&B Worm Farm, INC._                 )    CHAPTER _____
      (Debtor)                        )
                                      )    _Claim # 328_
                                      )

## AFFIDAVIT OF CREDITOR

State of _Alabama_                 Tax ID or Last 4 #s of SSN: _4600_

County of _Lauderdale_

I, _Marshall Lemmond_, the undersigned creditor/claimant in the above referenced case, being first duly sworn upon oath, state as follows:

1. _Marshall Lemmond_ (Name and Address)
   _951 County Road 306_    _(Southern Belle Worm Farm)_
   _Florence, AL 35634_

has been granted a power of attorney by me to submit Application for Payment from Unclaimed Funds seeking payment of claim no. _328_, in the amount of $_1,246.85_, due and owing to me as a creditor in the above-referenced bankruptcy case.

2. My name, position with company (if applicable), address and telephone number are as follows:

_Marshall Lemmond, owner_
_951 County Road 306_
_Florence, AL 35634_
_(256)-760-0011_

3. **If other than individual:** Substantiate creditor's right to claim, including but not limited to, documents relating to sale of company, i.e., purchase agreements and/or stipulation by prior

and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation.

4. I (or the entity I represent) have neither previously received remittance for the claim nor have contracted with any other party other than the person named in Item 1 above to recover these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: 3/3/10

_____
Creditor Signature

Subscribed and sworn to before me this ___3rd___ day of __March__, 20_10_.

_____
Nancy H Bowen
Notary Public



[SEAL]

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 9, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS

My commission expires: _____.

**DRIVER LICENSE**
**ALABAMA**
Director of Public Safety
Colonel J. Christopher Murphy
NO. 4012694    CLASS DMV
D.O.B. 05-18-1953    EXP 06-12-2011
MARSHALL DALE
LEMMOND
951 COUNTY ROAD 306
FLORENCE AL 35634-0000
ISS 09-24-2007
ENDORSEMENTS    RESTRICTIONS
SEX  HT    WT   EYES  HAIR  RACE
M   6-00  190  GRN   RED   W