UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )   CASE NO. 03-14379-BH

B&B Worm Farms, Inc )   CHAPTER 7
(Debtor) )
)
)

**APPLICATION FOR ORDER DIRECTING PAYMENT
OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT**

There having been a dividend/refund check in the above named case issued to _____ Star Hill Farms, LLC, in the amount of $3,117.12, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code paid this unclaimed money to the Registry of the Clerk, United States Bankruptcy Court.

Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any other party other than this Applicant is entitled to submit an application for this claim.

Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. Section 2042.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Mark A. Branch
4660 Hwy 966, St. Francisville, LA 70775

3-19-10                                             [signature]
Date                                                Mark A. Branch

0139
**Tax ID or last 4 #s of SSN**

I hereby certify by my signature above, that a copy of the application was mailed on 3/19/10 to:

United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK 73102

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: B & B Worm Farms, LLC ) CASE NO. 03-14379-BH
(Debtor) ) CHAPTER 7
)
)

## AFFIDAVIT OF CREDITOR

State of LA                       Tax ID or Last 4 #s of SSN: 0139

County of West Feliciana Parish

I, Mark A Branch, the undersigned creditor/claimant in the above referenced case, being first duly sworn upon oath, state as follows:

1. Star Hill Farms LLC (Name and Address)
   c/o Mark A Branch
   4660 Hwy 966
   St. Francisville, LA 70775

has been granted a power of attorney by me to submit Application for Payment from Unclaimed Funds seeking payment of claim no. 237, in the amount of $3,117.12, due and owing to me as a creditor in the above-referenced bankruptcy case.

2. My name, position with company (if applicable), address and telephone number are as follows:
   Mark A. Branch - Co-Owner
   4660 Hwy 966
   St. Francisville, LA 70775

3. **If other than individual:** Substantiate creditor's right to claim, including but not limited to, documents relating to sale of company, i.e., purchase agreements and/or stipulation by prior

and new owner as to right of ownership of funds.  Attach certified copies of all necessary documentation.

 4. I (or the entity I represent) have neither previously received remittance for the claim nor have contracted with any other party other than the person named in Item 1 above to recover these funds.

 I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: _3/17/10_

_____
Creditor Signature

Subscribed and sworn to before me this __17__ day of _March_, 20_10_.

_____
Notary Public

[SEAL]

My commission expires: _End of Life_ .

**W. Fox McKeithen**
**Secretary of State**

**LIMITED LIABILITY COMPANY ANNUAL REPORT**

For Period Ending February 07, 2004

**Mailing Address Only** (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)

35423989 K    419
STAR HILL FARMS, L.L.C.
C/O MARK ALLAN BRANCH
4660 HWY. 966
JACKSON, LA  70748

(INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)
Registered Office Address in Louisiana
(Do Not Use P.Q. Box)
4660 HWY. 966
JACKSON, LA  70748

**Federal Tax ID Number**
N/A

Our records indicate the following registered agents for the company. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box. New registered agents require a notarized signature.

MARK ALLAN BRANCH
    4660 HWY. 966/JACKSON, LA  70748

I hereby accept the appointment of registered agent(s).

Sworn to and subscribed before me on

Our records indicate the following managers or members for the company. Indicate any changes or deletions below. If space is needed for additional managers/members, attach an addendum. Include addresses. Do not use a P.O. Box.

MARK ALLAN BRANCH                            NO TITLE
    4660 HWY. 966/JACKSON, LA  70748

GEORGE DALLAS MOSS, JR.                      NO TITLE
    11755 GLENHAVEN DR./BATON ROUGE, LA  70815

KAYCEE LEE SCHWARTZ                          NO TITLE
    5647 HWY. 68/JACKSON, LA  70748

**SIGN--->** To be signed by a manager, member or agent  [signature: Mark Branch]
Signee's Address: 4660 Hwy 966, Jackson, LA 70748

| Title | Phone | Date |
|---|---|---|
|  | (225) 635-6441 | 3-2004 |

E-mail address

Enclose filing fee of $ 25.00
Make remittance payable to Secretary of State
Do Not Send Cash
Do Not Staple
web site: www.sec.state.la.us

**DO NOT STAPLE**

Return by: February 07, 2004
to: Commercial Division
P.O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704

CHECK IF NO CHANGE ( )

010704

**UNSIGNED REPORTS WILL BE RETURNED**

