UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

IN RE:
B&B Worm Farms, Inc.,

            DEBTOR

)
) Case No. 03-14379
)         (Chapter 7)
)
) Judge:

2010 MAR 24  P 4:48

DD

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

PDL ECO Systems Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $3,740.55. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

PDL ECO Systems Inc.
(FID#xxx-xx-7990 )

By: _____
Neely Goen
American Property Locators, Inc.
Attorney-In-Fact for PDL ECO Systems Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: )
B&B Worm Farms, Inc. )  Case No.  03-14379
 )
 Debtor(s) )  Chapter 7

### AFFIDAVIT OF CREDITOR

State of __IN__ )
  ) ss. ▓▓▓▓-7990
County of __Allen__ )

PDL ECO Systems Inc. the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. Neely Goen of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013, has been granted a power of attorney by PDL ECO Systems Inc. to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to PDL ECO Systems Inc. as a creditor in the above referenced bankruptcy case.

2. My name, address and telephone number are as follows:

   Perry Lyons
   PDL ECO Systems Inc.
   1000 Standard Federal Plz
   Fort Wayne, IN  46802-1998

3. PDL ECO Systems Inc. has neither previously received remittance for its claim(s) nor has contracted with any other party other than the party named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: __3-12-10__

PDL ECO Systems Inc.
1000 Standard Federal Plz
Fort Wayne, IN  46802-1998

Last Four SS# or EIN __7990__

### ACKNOWLEDGMENT

STATE OF __Indiana__ )
COUNTY OF __Allen__ )

Before me a Notary Public, in and for said County and State on this __12th__ day of __March__, 2010, personally appeared __Perry Lyons__ to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its __Former Owner Pres__, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
__9/8/17__

Notary Christopher A. Pena                                         Public

## LIMITED POWER OF ATTORNEY

PDL ECO Systems Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Neely Goen of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the B&B Worm Farms, Inc. bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this _12_ day of _March_, 2010.

**PRINCIPAL:**
PDL ECO Systems Inc., ———7990
Perry Lyons → 55#
(Tax ID # _Dissolved_ )

By: _[signature]_
Title: _Former Owner Pres._

**PRINCIPAL'S ADDRESS:**
1000 Standard Federal Plz
Fort Wayne, IN 46802-1998

**ACKNOWLEDGMENT**

STATE OF _Indiana_ )
COUNTY OF _Allen_ )

Before me, the undersigned a Notary Public, in and for said County and State on this _12th_ day of _March_, _2010_, personally appeared _Perry Lyons_ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its _Former Owner Pres._ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_9/8/17_

Notary _[signature]_
_Christopher A. Pena_



CERTIFICATE OF MAILING

       I hereby certify that on March 22, 2010 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

_____
Neely Goen