UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) Case No. 03-14379 |
| B&B Worm Farms, Inc., | ) (Chapter 7) |
| | ) |
| DEBTOR | ) Judge: |

FILED
2010 JUN 25 P 5:37
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OK
DEPUTY DD

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Koronis Worm Farm c/o Jason Sands (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $2,493.70. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Koronis Worm Farm c/o Jason Sands
(FID#xxx-xx-2717)

By: /s/ Neely Goen
Neely Goen
American Property Locators, Inc.
Attorney-In-Fact for Koronis Worm Farm c/o Jason Sands
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

## LIMITED POWER OF ATTORNEY

Koronis Worm Farm c/o Jason Sands, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Neely Goen of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the B&B Worm Farms, Inc. bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 15th day of June, 2010.

**PRINCIPAL:**
Koronis Worm Farm c/o Jason Sands
(Tax ID # XXX-XX-2717)

By: Jason Sands

Title: Mr.

**PRINCIPAL'S ADDRESS:**
6 Rangimaarie crescent
Snells Beach, Warkworth New Zealand 0920

ACKNOWLEDGMENT

Country of New Zealand)

Before me a Justice of the Peace, in New Zealand on this 15th day of June, 2010, personally appeared JASON SANDS to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its _____, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
LIFE TIME

A. J. Scott. J.P.
Justice of the Peace

A.J. SCOTT J.P.
Builder
31 Kauri Crescent
SNELLS BEACH

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re:                                        )
B&B Worm Farms, Inc.                          )    Case No. 03-14379
                                              )
                    Debtor(s)                 )    Chapter 7

## AFFIDAVIT OF CREDITOR

New Zealand                )
                           ) ss.
                           )

Koronis Worm Farm c/o Jason Sands the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. Neely Goen of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by Koronis Worm Farm c/o Jason Sands to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to Koronis Worm Farm c/o Jason Sands as a creditor in the above referenced bankruptcy case.

2. My name, address and telephone number are as follows:

> Jason Sands
> Koronis Worm Farm c/o Jason Sands
> 6 Rangimaarie crescent
> Snells Beach, Warkworth New Zealand 0920
> Telephone: 64-09 425 4221

3. Koronis Worm Farm c/o Jason Sands has neither previously received remittance for its claim(s) nor has contracted with any other party other than the party named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 15 June 2010

Koronis Worm Farm c/o Jason Sands
6 Rangimaarie crescent
Snells Beach, Warkworth New Zealand 0920

Last Four SS# 2717

### ACKNOWLEDGMENT

Country of New Zealand)

Before me a Justice of the Peace, in New Zealand on this 15th day of June, 2010, personally appeared JASON SANDS to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its _____, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
Lifetime

A.J. Scott J.P.
Justice of the Peace

A.J. SCOTT J.P.
Builder
31 Kauri Crescent
SNELLS BEACH

To Neely Goen
001 405 340 5968



From Jason Sands
Photo ID current.

CERTIFICATE OF MAILING

      I hereby certify that on May 10, 2010 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

*Neely Goen* (signature)