**Dated: February 25, 2016**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:   B & B Worm Farms, Inc.   )
                                  )   Case Number: 03-14379-SAH
                                  )   Chapter:      7
             Debtor               )

### ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Before the Court is the application of Douglas and Mary Farvour (hereinafter designated as "Claimant"), a claimant and creditor in the above-captioned case, for an order directing payment of funds held in the registry of the Court. Claimant represents that the Claimant has noticed the United States Attorney as required by 28 U.S.C. §§ 2041 et seq. Accordingly, the Court directs that all funds held in the registry of the Court or paid in pursuant to 11 U.S.C.§ 347 for the benefit of and awaiting the request of Claimant, in the approximate amount of $561.08, be paid to Douglas and Mary Farvour, W7161 Endeavour Dr, Fond Du Lac, WI 54937.

###

Approved for Entry:

s/ Tony Sossamon
Dated:  2/24/2016