UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

B+B WORM FARMS
(Debtor)

CASE NO. 03-14379-CM

CHAPTER 7

FILED

MAR 28 2016

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

## APPLICATION FOR ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

There having been a dividend/refund check in the above named case issued to GOLDEN PRAIRIE WORMS STEPHEN G COLETTI JR, in the amount of $ 667.06, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code paid this unclaimed money to the Registry of the Clerk, United States Bankruptcy Court.

Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any other party other than this Applicant is entitled to submit an application for this claim.

Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. Section 2042.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to STEPHEN G COLETTI JR - GOLDEN PRAIRIE WORM 3810 LAMANITE CT, LAS CRUCES NM 88012

15 MAR 16
Date

STEPHEN G COLETTI JR

52-2386023
Tax ID or last 4 #s of SSN

I hereby certify by my signature above, that a copy of the application was mailed on _____ to:

United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK 73102

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )  CASE NO. 03-14379-BH
)
B&B WORM FARMS )  CHAPTER 7
(Debtor) )
)

### AFFIDAVIT OF CREDITOR

State of NEW MEXICO         Tax ID or Last 4 #s of SSN: 52-2386023

County of DONA ANA

I, STEPHEN G COLETTI JR, the undersigned creditor/claimant in the above referenced case, being first duly sworn upon oath, state as follows:

1. I have submitted an Application for Payment from Unclaimed Funds seeking payment of claim no. _____, in the amount of $ 667.06 , due and owing to me (or the entity I represent) as a creditor in the above referenced bankruptcy case.

2. That said creditor duly filed his/her claim in the above referenced bankruptcy case, which was thereafter duly allowed, and that said claim has not been sold or assigned, and that it is still the property of deponent.

3. I (or the entity I represent) have neither previously received remittance for the claim nor have contracted with any other party to recover these funds.

4. My name, position with company (if applicable), address and telephone number are as follows:

STEPHEN G COLETTI JR
OWNER - GOLDEN PRAIRIE WORMS
3810 LAMANITE CT
LAS CRUCES, NM
88012

5. <u>If the creditor/claimant is not an individual</u>: I certify that I have the authority to represent the entity in this matter and sign legal documents on behalf of the entity.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: _16 MAR 2016_

_____
Creditor Signature

Sworn and subscribed to before me this __16__ day of __March__, 20_16_.

_____
Notary Public

[SEAL]
OFFICIAL SEAL
Enrique Martinez
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 05082019

My commission expires: _05082019_.

**Contact Information**
Kansas Secretary of State
**Ron Thornburgh**
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594
(785) 296-4564
kssos@kssos.org
www.kssos.org

**KANSAS SECRETARY OF STATE**
**General Partnership Statement of Partnership Authority**

GA 51

All information must be completed or this document will not be accepted for filing.

Do not write in this space

1. Name of the partnership:

Golden Prairie Worms

2. Address of its principal address:
*Address must be a street address. A post office box is unacceptable.*

223 N 65th St
Street address

Kansas City | Kansas | 66102
City | State | Zip

3. Address of the partnership's office in the state of Kansas, if one exists:

Street address | City | State | Zip

4. Names and mailing addresses of all partners, or the name and mailing address of an agent appointed to maintain a list of names and mailing addresses of all partners.

| Name | Street address | City | State | Zip | Title (partner/agent) |
|---|---|---|---|---|---|
| Stephen G Coletti, Jr | PO Box 11243 | Kansas City | Kansas | 66111 | Owner |
| Jeanette A Coletti | PO Box 11243 | Kansas City | Kansas | 66111 | Owner |
|  |  |  |  |  |  |

5. The partner(s) authorized to execute an instrument transferring real property held in the name of the partnership:

Stepen G or Jeanette A Coletti

6. The authority or limitation on authority of some or all partners to enter into other transactions on behalf of the partnership (*optional*):

We declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.

Executed on the  5th  of  May  , 2006  by two partners.
            Day      Month      Year

Signature                                Signature

Page 1 of 2

## Partnership Mailing Information

Where would you like the Secretary of State's office to send official mail? If no address is given the mail will be sent to the partnership's principal office given in paragraph two (2).

| PO Box 11243 | Kansas City | Kansas | 66111 | USA |
|---|---|---|---|---|
| Street address | City | State | Zip | Country |

The mail should be addressed to the following named individual: _____ Golden Prairie Worms _____

**Instructions**
1. A certified copy of a filed statement in another state may be filed instead of this form.
2. Submit form with $35 filing fee.

Notice: There is a $25 service fee for all returned checks.

Rev. 12/06/04 jls

K.S.A. 56a-303
Page 2 of 2



