```
                                                              FILED
                                                            JUN 27 2016
                                                            GRANT PRICE
          UNITED STATES BANKRUPTCY COURT           CLERK, U.S. BANKRUPTCY COURT
         FOR THE WESTERN DISTRICT OF OKLAHOMA      WESTERN DISTRICT OF OKLAHOMA
                                                   BY: _____ DEPUTY
```

IN RE: )
B&B Worm Farms, Inc. ) Case No. 03 -14379 -
Settlement )
Court OKWB ) Chapter ____
Debtor(s). )

## APPLICATION FOR ORDER DIRECTING PAYMENT
## OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

A dividend/refund check in the above-named case issued to the payee, Jarvis Medlock and Kenny Ward, Jr._____, in the amount of $ 3,142.06____, was not cashed by said payee, and, pursuant to 11 U.S.C. § 347(a) of the Bankruptcy Code, the trustee paid this unclaimed money to the Registry of the Clerk, United States Bankruptcy Court.

The undersigned creditor/claimant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any other party other than this Applicant is entitled to submit an application for this claim.

Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court, to pay this unclaimed money to Jarvis Medlock and Kenny Ward, Jr.

6-24-2016                              /s/ Jarvis Medlock
Date                                   Signature of creditor/claimant
                                       /s/ Kenneth Ward, JR

XXX-XX-1693                            Jarvis Medlock and Kenny Ward, Jr.
Tax ID or last 4 numbers of SSN        Print name of creditor/claimant

PO Box 39
Solgohachia, AR  72156
_____
Address of creditor/claimant

      I hereby certify by my signature above, that a copy of this Application was mailed on the _____ day of _____, 20_____, to the United States Attorney, 210 Park Avenue, Suite 400, Oklahoma City, OK 73102 and to the following:

Panel Trustee
Assistant United States Trustee
Debtor
Debtor's Attorney, if any
Original Claimant, if different
Original Claimant's Attorney, if discernible

*Jerri Medlock*
Signature of creditor/claimant

*Kenneth Ward JR*

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
B&B Worm Farms, Inc. ) Case No. 03   -14379   -
Settlement )
Court OKWB ) Chapter _____
        Debtor(s). )

## AFFIDAVIT OF CREDITOR/CLAIMANT

State of Arkansas     )     Tax ID or Last 4 numbers of SSN:
                       : ss  XXX-XX-1693
County of Conway   )

I, Jarvis Medlock and Kenny Ward, Jr_____, the undersigned creditor/claimant in the above referenced case, being first duly sworn upon oath, state as follows:

1. elect to collect settlement funds ourselves _____

has been granted a power of attorney by me to submit Application for Payment from Unclaimed Funds seeking payment of claim number 03-14379, in the amount of $ 3,142.06_____, due and owing to me as a creditor/claimant in the above-referenced bankruptcy case.

2.    My name, position with the company (if applicable), address and telephone number are as follows:

    Jarvis Medlock and Kenny Ward, Jr

    PO Box 39

    Solgohachia, AR 72156    Phone # (501) 669-2367

3.    If other than individual: Substantiate creditor's right to claim, including but not limited to, documents relating to sale of company, i.e., purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation.

4.  I (or the entity I represent) have neither previously received remittance for the claim nor have contracted with any other party other than the person named in Item 1 above to recover these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: 6-24-2016

_Jarvis Mattock    Kenneth Ward JR_
Creditor/Claimant Signature

Subscribed and sworn to before me this 24 day of June, 2016.

_Mary Andres_
Notary Public

My commission expires:
Nov. 4, 2024

(Seal)

MARY ANDRES
MY COMMISSION # 12401661
EXPIRES: November 4, 2024
Conway County

To:         Applicant for Withdrawal of Unclaimed Funds

Subject:    Procedure for Applying for Payment of Unclaimed Funds

The following procedures must be followed in order to apply for the payment of unclaimed funds:

- Prepare an "Application for Order Directing Payment of Unclaimed Funds" and make sure to sign it. (example attached)

- Complete the attached "Affidavit of Creditor" form and have it **notarized**. Every application must include an "Affidavit of Creditor." The notarization must be visible and the notary must personally sign the document.

- If creditor is an individual, include a photocopy of your driver's license or some other form of personal identification with photograph.

- If creditor is a corporation, partnership, or other entity, include supporting documentation that the applicant is authorized to claim money on behalf of the corporation, partnership, or other entity.

- Mail or deliver all of the **original** documents to the Court Clerk's office at the following address:

    United States Bankruptcy Court
    Western District of Oklahoma
    Attn:  Tony Sossamon
    215 Dean A. McGee Avenue
    Oklahoma City, OK 73102

- Mail or deliver a **copy** of the completed "Application for Order Directing Payment of Unclaimed Funds" to the U.S. Attorney at the following address:

    United States Attorney
    Western District of Oklahoma
    210 West Park Avenue, Suite 400
    Oklahoma City, OK 73102

After submission of the application to the Clerk's office, processing the request will require from two to six weeks. Upon completion, a check will be mailed to the applicant.

If you have questions about filling out and submitting the required documents or any other questions about the procedures, please contact Tony Sossamon at (405) 609-5755.