Fill in this Information to identify the case:

Debtor 1  Allan _____ Culvey
          First Name  Middle Name  Last Name

Debtor 2  _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Western District of Oklahoma
                                                    (State)

Case number: 03-14379

FILED
MAR 10 2022
DOUGLAS E. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s).[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $935.14 |
|---|---|
| Claimant's Name: | Fredric J. Schmitt dba/ Randolph Asset Recovery |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2408 Old St. Mary Rd. #1<br>Perryville, Mo 74562<br>618-363-9468<br>fschmitt62@yahoo.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record.[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**FILED**
MAR 10 2022
PATRICIA S. WEEKS
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY_____ DEPUTY

| | | |
|---|---|---|
| Name | First Name | Middle Name | Last Name |
| Debtor: | A. |  | Guyer |

In re: United States Bankruptcy Court for the **Western** District of Oklahoma

**Form 1340 (7-9-15)**

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

1. **Claim Information**

I, the Claimant, or the authorized agent for the Claimant, hereby state that application is made for the payment of unclaimed funds, to appear of which I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Check all that Claimants complete the check below for both Claimants.

Amount: **$935.14**

Claimant's Name: Fredric J. Sedillo d/b/a Randolph Asset Recovery

Claimant's Current Mailing Address, Telephone Number, and Email Address: 2408 Old St. Mary Rd #1

2. **Applicant Information**

Applicant explanation of the Claimant's entitlement to receive the unclaimed funds because (check the statement that apply):

☐ Applicant is the Claimant listed on the "List of Record" entitled to the unclaimed funds originating on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession, or other valid transfer documentation.

☐ Applicant is Claimant's representative or attorney or successor in its representation.

☐ Applicant is entitled to receive payment on the claim of the deceased Claimant.

3. **Supporting Documentation**

☐ Applicant has read the Court's instructions for filing an Application for Unclaimed Funds, and is providing the documents supporting its claim/motion with this application.

If applicant is not the Claimant listed on the unclaimed funds list:
☐ Claimant's Social Security or Tax ID number. The applicant and Claimant may be the same.

**4. Notice to United States Attorney**

[4] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western District of Oklahoma
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3-1-22

Signature of Applicant

Printed Name of Applicant: Fredric J. Schmitt

Address: 2408 Old St Mary's Rd #1
Perryville, MO 63775

Telephone: 618-363-9468

Email: fschmitt62@yahoo.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF Missouri
COUNTY OF Perry

This Application for Unclaimed Funds, dated 3/1/2022 was subscribed and sworn to before me this 1st day of March, 20 22 by Fredric J. Schmitt who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public Emily Renee Dodd

My commission expires: 1/7/2025

EMILY RENEE DODD
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COUNTY OF PERRY
COMMISSION #21065301
My Commission Expires: January 7, 2025

**6. Notarization**
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:

Form 1340        Application for Payment of Unclaimed Funds        Page 2



DISCLOSURE and ASSIGNMENT of CLAIM AGREEMENT

Assignor: Allan Culvey
183 Tan Oak Trl.
Ringold, OK   74754

Assignee: Fredric J. Schmitt dba/ Randolph Asset Recovery
2408 Old St. Mary's Rd. #1
Perryville, Mo   63775

Bankruptcy Case Number/Name: 03-14379   Debtor: B & B Worm Farms, Inc
U.S. Bankruptcy Court for the Western District of Oklahoma

Estimated Assigned Claim/Unclaimed Funds with a balance of $935.14

The above Assignor and Assignee hereby agree to the following assignment of Claim in the above entitled Bankruptcy Case:

1. For good and valuable consideration, the assignor does hereby irrevocably sell, convey, transfer and assign to Assignee, and it's successors and assigns, all my right, title and interest in and to the Assigned Claim/Unclaimed Funds, including all rights and benefits of Assignor relating to the Claim, without limitation ("Transferred Rights").
2. The consideration is the purchase price which is $467.57 of unclaimed funds. which is the "Purchase Price", payable upon collection of the Unclaimed Funds.
3. This assignment shall be deemed an absolute and unconditional assignment of the Claim for the purpose of collection of the Unclaimed Funds.
4. The effective date shall be the above Date of Agreement.
5. Assignor represents and warrants to Assignee as of the Effective Date that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the Transferred Rights; that Assignor has not previously sold, assigned or pledged the Transferred Rights, in whole or in part, to any Party; that Assignor owns and has good and marketable title to the Transferred Rights; free and clear of any and all liens, claims, security interest, participations, or encumbrances of any kind or nature whatsoever and that Assignor has not signed any agreements or instruments with respect to the Transferred Rights other than this Agreement.
6. If(i) an order is entered in the court (ii) vacating the order to release funds, disproving transfer of the Assigned Claim, or (iii) the Court cannot or does not substitute Assignee for Assignor holder of the Claim, then, Assignor shall, upon written demand by Assignee or the court, repay to Assignee all amounts of purchase price received by Assignor at or prior to the time of such repayment.
7. The laws of the State of Missouri shall govern this Agreement. Each party submits to the jurisdiction of County of Perry, State of Missouri and agrees that litigation relating to this agreement

shall be brought only in such courts. Each party hereto consents to service of process by certified mail at its address listed above.

8. This Agreement, together with any exhibits hereto, constitutes the entire agreement and understanding between the parties with respect to the subject matter hereof.

9. The length of this agreement is 180 days.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the above Date of Agreement.

Assignor: _Everett Vern Caley_

Assignee: Fredric J. Schmitt dba/ Randolph Asset Recovery

Notarization

State of: _Oklahoma_

County of: _Choctaw_

Assignor confirmed his/her identity with a _Driver's License_, which we have attached a copy.

Dated: _2.25.22_

_Joseph Terrell_
Notaries Signature

My commission expires _April 11, 2025_

JOSEPH TERRELL
NOTARY PUBLIC
# 17003478
EXP. Apr 11, 2025
IN AND FOR
STATE OF OKLAHOMA
CHOCTAW COUNTY

shall be known only in such courts. Each party hereto consents to service of process by certified mail at the address listed above.

b. This Agreement, together with any exhibits hereto, constitutes the entire agreement and understanding between the parties with respect to the subject matter hereof.

c. The right ... this Agreement is non-[illegible]

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the above Date of Agreement.

_____
Assignor

Assignors: Robert J. Schmitt and Rhodolph Asset Recovery

_____
Notarization:

State of _____
County of _____

At this time I confirmed the ID identity of [illegible] of which we have attached a copy.

Dated 2-25-22

_____
Notaries Signature

My commission expires April 11, 2025

## AFFIDAVIT & ASSIGNMENT

I am Allan Culvey. I am of adult age and am fully authorized to make the following representations. The following representations are true according to documents kept in the normal course of business and/or my personal knowledge.

For value received Allan Culvey hereby transfer, assigns and conveys, without recourse, or any representation, or warranty, express or implied, unto Fredric J. Schmitt dba/ Randolph Asset Recovery located at 2408 Old St. Mary's Rd. #1 Perryville, Mo 63775

Allan Culvey is the owner of this debt. The case no. 03-14379 has an unpaid balance for a total of $935.14 The debtor is B & B Worm Farms, Inc held by the U.S. Bankruptcy Court for the Western District of Oklahoma. This amount is due and owed to the Allan Culvey.

Allan Culvey hereby assigns this amount to Fredric J. Schmitt dba/ Randolph Asset Recovery 2408 Old St. Mary's Rd. Perryville, Mo 63775
I swear or affirm under the penalties of perjury that the foregoing representations are true.

IN WITNESS WHEREOF, this assignment has been duly executed by Allan Culvey the day and year written below.

Date: 2·25·22

Signature: Everett Alan Culvey

State of Oklahoma

County of Choctaw

Assignor confirmed their identity with a Drivers License
We have attached a copy

Notaries Signature: Joseph Terrell

My commission expires: April 11, 2025

[Notary Seal: JOSEPH TERRELL, NOTARY PUBLIC, #17003478, EXP April 11, 2025, IN AND FOR STATE OF OKLAHOMA, CHOCTAW COUNTY]

## AFFIDAVIT & ASSIGNMENT

I am Allan Culvey. I am of adult age and am fully authorized to make the following representations. The following representations are true according to documents kept in the normal course of business and/or my personal knowledge.

For value received Allan Culvey hereby transfers, assigns and conveys, without recourse, or any representation, or warranty, express or implied, unto Fredric J. Schmitt d/b/a Randolph Asset Recovery located at 2405 Old St. Mary's Rd., Rt. Perryville, Mo. 63775

Allan Culvey is the owner of this debt. The case no. 03-14379 has an unpaid balance for a total of $925.13. The debtors B & B Worm Farms and filed by the U.S. Bankruptcy Court for the Western District of Oklahoma. This amount is due and owed to the Allan Culvey.

Allan Culvey hereby assigns this amount to Fredric J. Schmitt d/b/a Randolph Asset Recovery 2405 Old St. Mary's Rd., Perryville, Mo. 63775.

I swear or affirm under the penalties of perjury that the foregoing representations are true.

IN WITNESS WHEREOF, this assignment has been duly executed by Allan Culvey the day and year written below.

Date: _____

Signature: _____

State of _____

County of _____

Assertor confirmed their identity with a ☐ _____
We have attached a copy.

Notaries Signature: _____

My commission expires: _____



2/28/2022  https://ucfl.uscourts.gov/search?SelectedCourts=okwb&CreditorSearch=allan+culvey&DebtorSearch=&CaseNumber=03-14379&Amount...

# U.S. Courts Unclaimed Funds Locator

Home (/)  About (/about)

| Court / OKWB | Edit Search (/?SelectedCourts=okwb&CreditorSearch=allan%20culvey&CaseNumber=03-14379&Amount=1&EnteredOn=02%2F01%2F2001) | | |
|---|---|---|---|
| Case Number | 03-14379 | Page Total | $935.14 |
| Last/Business Name | B&B Worm Farms, Inc. | First Name | |

Creditors | 1

| Court (/search?SelectedCourts=okwb&CreditorSearch=allan+culvey&DebtorSearch=&CaseNumber=03-14379&Amount=1&EnteredOn=02%2f01%2f2001&sort=Court&sortdir=ASC) | Creditor Name (/search?SelectedCourts=okwb&CreditorSearch=allan+culvey&DebtorSe 14379&Amount=1&EnteredOn=02%2f01%2f2001&sort=Creditor- |
|---|---|
| ✉ OKWB | Allan Culvey (/search?CreditorName=allan%20culvey&SelectedCou |